UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------
ENVIROCON, INC.,

                Plaintiff,        7:06 CV 0549

    v.

ALCOA, INC., CDM and CURRAN
LOGGING, INC.,

                Defendants.
-------------------------------------------------

THOMAS J. McAVOY
Senior United States District Judge

### ORDER

Plaintiff, Envirocon, Inc., commenced the instant action asserting various state law claims arising out of its construction of a landfill cell at Defendant Alcoa's facility in Massena, New York. Defendant, Camp Dresser & McKee ("CDM"), filed a motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the complaint against it.

IT IS HEREBY ORDERED that Defendant CDM's motion to dismiss is GRANTED IN PART and DENIED IN PART. The motion to dismiss the claim for punitive damages is GRANTED for the reasons set forth in the Decision and Order to Alcoa's motion to dismiss, filed on August 23, 2006. The motion to dismiss the other claims against CDM is DENIED. This Court finds that with respect to the negligence

claims, ~~an issue of fact exists as to~~ the Complaint states a claim upon which relief can be granted on the issue of whether Envirocon and CDM had a relationship so close as to approach that of privity.

SO ORDERED

Dated: October 18, 2006

Thomas J. McAvoy
Senior, U.S. District Judge